SR: TDL
USAO File # 2003V00990
UNITED STATES DISTRICT COURT
EASTERN DISTRIXT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x

RONALD M. SHINSATO,

                  Plaintiff

   -against-

ANN M. VENEMAN, in her capacity as
Secretary of Agriculture,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. CV-03-1013

(Ross, J.)
(Pohorelsky, M.J.)

**STIPULATION
AND ORDER OF
DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Ronald M. Shinsato ("Plaintiff") and Defendant Ann Veneman, in her official capacity as

the Secretary of Agriculture ("Defendant"), by and through their respective undersigned

attorneys, that Plaintiff's complaint and all claims therein be and hereby are dismissed

with prejudice against Defendant, without costs to either party as against the other;

IT IS FURTHER STIPULATED AND AGREED, that no further suit will

be instituted against Defendant for the same claims that have been asserted herein, or for

any other claims arising out of the incidents or circumstances which gave rise to the

instant action.

Dated: October 5, 2005
      Brooklyn, New York

SHAKED & POSNER
*Attorney for Plaintiff*
225 West 34th St., Suite 705
New York, New York 10122

By: _____
   DAN SHAKED (DS-3331)
   (212) 494-0035

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
*Attorney for Defendant*
One Pierrepont Plaza
Brooklyn, New York 11201

By: _____
   TIMOTHY LYNCH (TL-8561)
   (718) 254-6288

SO ORDERED:

_____
HONORABLE ALLYNE R. ROSS
United States District Judge